**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA YORK,

          Plaintiff,

   v.

JUDY HUSEN,

          Defendant.

No. C -14-00553(EDL)

**ORDER**

As discussed at the May 6, 2014, case management conference, the Court orders the parties to exchange initial disclosures by May 15, 2014.  The Court will hold a further case management conference on June 17, 2014, at 10:00 a.m.  The parties' joint case management statement is due by June 10, 2014.

    **IT IS SO ORDERED.**

Dated: May 6, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge